Argued February 15, affirmed February 21, 1928.

## J. L. WHITE *v.* OREGON REALTY EXCHANGE INVESTMENT CO. ET AL.

(263 Pac. 926.)

From Marion: GEORGE R. BAGLEY, Judge.

Department 2.

AFFIRMED.

For appellants there was a brief over the name of *Mr. A. H. Tanner,* with an oral argument by *Mr. R. H. Bassett.*

For respondent there was a brief and oral argument by *Mr. W. C. Winslow.*

PER CURIAM.—After a consideration of the questions involved upon this appeal, the court is unanimously of the opinion that the decree appealed from should be affirmed, and it is so ordered.

AFFIRMED.